Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NICHOLAS POWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JUAN COUNTY (a municipal subdivision of the State of Washington); and MILENE HENLEY, San Juan County Auditor in her personal capacity; and, JOHN and JANE DOES, 1-99, Unknown San Juan County officials, employees and agents, in their personal capacity,<br><br>　　　　Defendants. | No. 2:18-CV-00811-MJP<br><br>STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**Note on Motion Calendar: August 28, 2018** |

COME NOW the parties, Plaintiff Nicholas Power and Defendants San Juan County and Milene Henley, by and through their undersigned counsel, and hereby request that this Court enter the following stipulation and close this case.

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel, that this action, including all claims, counterclaims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and attorneys' fees.

STIPULATED ORDER OF DISMISSAL OF ALL
CLAIMS WITH PREJUDICE - 1
2:18-CV-00811-MJP

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: _s/Michael T. Kitson_
    Michael T. Kitson, WSBA #41681
    Attorney for Defendants
    2112 Third Avenue, Suite 500
    Seattle, WA 98121
    Phone: (206) 462-6700
    Fax: (206) 462-6701
    mtk@pattersonbuchanan.com


BRESKIN JOHNSON AND TOWNSEND, PLLC

By: _s/Roger M. Townsend (via email approval 8/28/18)_
    Roger M. Townsend, WSBA #25525
    Attorneys for Plaintiff Nicholas Power
    1000 2nd Ave, Suite 3670
    Seattle, WA 98104
    Phone: (206) 652-8660
    Fax: (206) 652-8290
    rtownsend@bjtlegal.com

    **IT IS SO ORDERED:**

    DATED this 28th day of August, 2018.

                                        Marsha J. Pechman
                                        United States District Judge